**Order filed August 9, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00463-CV**
_____

**MICHAEL A. POWELL, Appellant**

**V.**

**JENNY HODGKINS, EXECUTIVE DIRECTOR, STATE BAR OF TEXAS; AND SHARON WILSON, Appellee**

---

**On Appeal from the 455th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-21-001728**

---

## ORDER

This is an attempted appeal from a judgment entered April 4, 2022. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, appellant, Michael A. Powell, has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West 2017).

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101

designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

This court will consider dismissal of this appeal unless appellant, within 10 days of the date of this order, files a copy of the order from the local administrative judge permitting the filing of this appeal. See Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.